IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TCW CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HOLMES, MURPHY & ASSOCIATES, INC. and HOLMES, MURPHY & ASSOCIATES, LLC, <br><br> Defendants. | 4:17-CV-3162 <br><br> JUDGMENT |

Pursuant to the parties' joint Stipulation for Dismissal (filing 42), this case is dismissed with prejudice, each party to pay their own attorneys fees and costs.

Dated this 11th day of April, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge